Millie Tauraso, as Administratrix of the Estate of Pasquale Tauraso, Deceased, Appellant, *v.* The Texas Company, Respondent, et al., Defendants.

Argued November 21, 1949; decided December 2, 1949.

*Paxton Blair, Harry A. Gair, Benjamin H. Siff* and *Samuel Schachter* for appellant.

*Theodore Kiendl, Alan H. Colcord* and *William R. Meagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.